UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24–CV-000394-RGJ

**GUIDEONE SPECIALTY INSURANCE COMPANY,**      **PLAINTIFF**

**v.**

**DAY SPRING, INC., et al.**      **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

By agreement of the parties hereto, plaintiff, by counsel, and defendants, by counsel, and the Court being otherwise sufficiently advised,

IT IS ORDERED that the herein action be and it is hereby voluntarily dismissed without prejudice by Plaintiff.

SO ORDERED this _____August 14, 2024_____ day of _____, 2024.

_____
Rebecca Grady Jennings, District Judge
United States District Court

HAVE SEEN AND AGREED:

/s/ *Brian E. Clare (w/consent)*      s/ *Van T. Willis*
Brian E. Clare      Van T. Willis, Atty. No. 15604-82
Zach Berry      KIGHTLINGER & GRAY, LLP
CLARE & BERRY, Attorneys at Law      Bonterra Building, Suite 200
600 W. Main St., Ste. 300      3620 Blackiston Boulevard
Louisville, KY 40202      New Albany, IN 47150
beclareesq@hotmail.com      vwillis@k-glaw.com
*Counsel for Defendant, Mary Crawley*      *Counsel for Plaintiff, GuideOne Specialty Insurance Company*

/s/ *Benny C. Epling, II (w/consent)*
Benny C. Epling, II
501 Darby Creek, Ste. 61
Lexington, KY 40509
beping@eplinglaw.com
*Counsel for Barrowman Mgmt*


/s/ *David Tachau (w/consent)*
David Tachau
101 S. Fifth St., Suite 3600
PNC Tower
Louisville, KY 40202-3120
dtachau@tachaulaw.com
*Counsel for Day Spring, Inc.*

244157\63963153-1